UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPFON SMITH,

    Plaintiff,

v.     Case No. 3:22cv7781-LC-HTC

STATE OF FLORIDA,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 22, 2022 (ECF No. 10), recommending that Plaintiff's motion for preliminary injunction (ECF No. 1) be denied. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for preliminary injunction (ECF No. 1) is DENIED.

**DONE AND ORDERED** this 22nd day of August, 2022.

                        *s/L.A. Collier*
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**