UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPFON SMITH,

    Plaintiff,

v.                                     Case No. 3:22cv7781-LC-HTC

SGT. S. FOWLER, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 30, 2022, (ECF No. 23), recommending dismissal based on Plaintiff's abuse of the judicial process. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections haave been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 23) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

3.   The clerk shall close the file.

**DONE AND ORDERED** this 31st day of January, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**